IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. dba CAMSS SHELTERS, Plaintiff, | CASE NUMBER |
| v. | 07-740C |
| THE UNITED STATES OF AMERICA, Defendant. | (Judge Baskir) |

MOTION TO SEAL COMPLAINT

Plaintiff, California Industrial Facilities Resources, Inc. dba CAMSS Shelters ("CAMSS Shelters"), hereby moves to seal its Complaint filed on October 24, 2007:

1. This is a government procurement protest.
2. Plaintiff CAMSS Shelters' Complaint contained certain trade secret and confidential information.
3. CAMSS Shelters has also separately moved, in its October 24, 2007 filing, for entry of a Protective Order governing confidential information.
4. The "CONFIDENTIAL" marking was inadvertently omitted from the Complaint.
5. A corrected Complaint bearing the appropriate "CONFIDENTIAL" marking is attached to this Motion (Attachment 1) as well as a redacted Complaint that is marked "Redacted Version" (Attachment 2).

6. Defendants have full access to the information in question.

Respectfully submitted,

/s/ William A. Shook

William A. Shook
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC 20006
Tel: (202) 661-6256
Fax: (202) 778-9100

Date: October 24, 2007