ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

FILED
OCT 2 3 2007
U.S. COURT OF FEDERAL CLAIMS

CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. dba CAMSS SHELTERS,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

CASE NUMBER 07-740 C

JUDGE:

MOTION FOR LEAVE TO FILE UNDER SEAL ITEMS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff, California Industrial Facilities Resources, Inc. dba CAMSS Shelters ("CAMSS Shelters"), hereby moves to file certain items under Seal with this Honorable Court, stating as follows:

1. This is a government procurement protest.
2. Plaintiff CAMSS Shelters, in submitting a memorandum and other documents in support of its Motion for Temporary Restraining Order and Preliminary Injunction, necessarily must rely upon certain trade secret and confidential information.
3. CAMSS Shelters has also separately moved for entry of a Protective Order governing this confidential information. CAMSS Shelters notified the Defendant of its intention to file this Motion for a Protective Order by complying with the pre-filing notification

requirement found in Appendix C of the Rules of the United States Court of Federal Claims on October 22, 2007.

4. Defendants have full access to the information in question.

Respectfully submitted,

William A. Shook
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC 20006
Tel: (202) 661-6256
Fax: (202) 778-9100

Date: October 23, 2007