ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

FILED
OCT 2 3 2007
U.S. COURT OF FEDERAL CLAIMS

CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. dba CAMSS SHELTERS

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

CASE NUMBER 07-740 C

JUDGE:

## DISCLOSURE STATEMENT

Plaintiff, California Industrial Facilities Resources, Inc. dba CAMSS Shelters ("CAMSS Shelters"), pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, hereby notifies the Court that its parent corporation is California Industrial Facilities Resources, Inc., and no publicly held corporation owns 10% or more of CAMSS Shelters' stock.

Respectfully submitted,

William A. Shook
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC 20006
Tel: (202) 661-6256
Fax: (202) 778-9001

Date: October 23, 2007