ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

FILED
OCT 23 2007
U.S. COURT OF FEDERAL CLAIMS

CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. dba CAMSS SHELTERS,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

CASE NUMBER: 07-740 C

JUDGE:

MOTION FOR PROTECTIVE ORDER

Plaintiff, California Industrial Facilities Resources, Inc. dba CAMSS Shelters ("CAMSS Shelters"), moves this Court pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims to adopt the Protective Order attached hereto for use in the captioned proceeding. Good cause exists for adoption of the Protective Order because CAMSS Shelters has identified certain information at issue in this proceeding as commercially sensitive, the public disclosure of which could cause competitive disadvantage or other commercial injury.

1. Much of this information is proprietary and commercially sensitive. The provision of proprietary and commercially sensitive information in this proceeding, in the absence of a Protective Order, would cause great competitive harm to CAMSS Shelters.

2. The attached Protective Order is modeled after the Model Protective Order attached as Form 8 to the Rules of the United States Court of Federal Claims.

3. CAMSS Shelters notified the Defendant of its intention to file this Motion for a Protective Order by complying with the pre-filing notification requirement found in Appendix C of the Rules of the United States Court of Federal Claims on October 22, 2007.

4. Good cause exists for the adoption of the proposed Protective Order so that the sharing of information may be conducted in a manner fair to all participants in this proceeding. Therefore, CAMSS Shelters respectfully requests the Court adopt and issue the attached Protective Order as soon as possible.

Respectfully submitted,

William A. Shook
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC 20006
Tel: (202) 661-6256
Fax: (202) 778-9001

Date: October 23, 2007