# In the United States Court of Federal Claims

Case No. 07-740C
(Filed: October 24, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. d/b/a CAMSS SHELTERS,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant,*

and

**ALASKA STRUCTURES, INC.,**
*Intervenor.*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court held a telephonic status conference on October 24, 2007, to address pending motions and scheduling of further matters in this case, a bid protest involving an Air Force procurement. As a first order of business, the Court addressed potential intervenor, Alaska Structures, the awardee. **Alaska Structures participated in the telephonic conference and made an oral motion to intervene. That motion is GRANTED.**

The parties have sought a protective order to govern these proceedings. Filed contemporaneously with this Order is this Court's Provisional Protective Order. **The parties shall file any desired revisions to that Order no later than Friday, October 26, 2007, at which time it will become final.**

In addition, **the government is to file the Administrative Record in this case by Friday, October 26, 2007, or not later than Monday, October 29, 2007.**

The parties are hereby ordered to discuss whether there is a need for a Temporary Restraining Order ("TRO") in this case, or whether the case shall proceed pursuant to an expedited briefing schedule. The parties are to appear before the Court on Thursday, October 25, 2007 to inform the Court of their decision with regard to the TRO and/or to propose a briefing schedule. **Accordingly, the Court will reconvene on Thursday, October 25, 2007 at 3:30 pm for a telephonic status conference.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge