APPENDIX A

# In the United States Court of Federal Claims

Case No. 07-740C
Judge Lawrence M. Baskir

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |
| **CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. d/b/a CAMSS SHELTERS,** | * |
| ***Plaintiff,*** | * |
| **v.** | * |
| **THE UNITED STATES OF AMERICA,** | * |
| ***Defendant,*** | * |
| **and** | * |
| **ALASKA STRUCTURES, INC.,** | * |
| ***Intervenor.*** | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## APPLICATION FOR ACCESS TO MATERIALS UNDER PROTECTIVE ORDER

I have read the annexed Protective Order, understand its contents, and hereby undertake to make no disclosures of Protected Information to any person who is not admitted to this Order. I agree to use Protected Information only in connection with this litigation. I understand that a violation of this undertaking could be punishable as contempt of Court and I hereby submit to the jurisdiction of the U.S. Court of Federal Claims for purposes of enforcement of the annexed Protective Order.

Date: _________ Name: _______________________
(Print or type)

Signature: _______________________

SWORN TO AND SUBSCRIBED

before me this ____ day

of _______, ______