# In the United States Court of Federal Claims

Case No. 07-740C
(Filed: October 25, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * |
| **CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. d/b/a CAMSS SHELTERS,** | * |
| *Plaintiff,* | * |
| v. | * |
| **THE UNITED STATES OF AMERICA,** | * |
| *Defendant,* | * |
| and | * |
| **ALASKA STRUCTURES, INC.,** | * |
| *Intervenor.* | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## ORDER

The Court has received the attached material from counsel for the Plaintiff. **If any party wishes to respond to this communication they may do so in a formal filing to the Court no later than October 30, 2007.**

The parties' attention is drawn to paragraph 12 of the Court's Special Procedures Order which was filed in this case on October 24, 2007. This provision directs that all communications with the Court be accomplished by way of formal filings, not through letters or conversations with chambers.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge

"Shook, William"
<Bill.Shook@klgates.com>
10/24/2007 05:18 PM

To <lauren_weeman@ao.uscourts.gov>

cc <marla.conneely@usdoj.gov>, "Kisner Christy Capt AFLOA/JACQ" <Christy.Kisner@pentagon.af.mil>, <MossR@dicksteinshapiro.com>

bcc

Subject Letter - Follow Up Status Call

Please see the attached letter.

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP. The contents may be privileged and confidential and are for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Bill.Shook@klgates.com. CAMSS-Notice of Protest.pdf CAMSS Letter Oct 24 2007.pdf

October 24, 2007

William A. Shook
D (202) 661-6256
F (202) 778-9100
bill.shook@klgates.com

October 24, 2007

Via Electronic Mail

The Honorable Lawrence M. Baskir
Judge
U.S. Court of Federal Claims
717 Madison Place NW
Washington, DC 20005

Re: Case No. 07-740 – California Industrial Facilities Resources, Inc. dba CAMSS Shelters v. The United States

Dear Judge Baskir:

After further reviewing Appendix C of the Rules of the Court of Federal Claims, specifically paragraphs 10 and 11, I was unaware of the requirement, in matters involving injunctive relief, that plaintiff is to also provide a copy of the complaint and other material directly to the Department of Justice and the awardee.

As I stated in my previous letter, I have now provided the foregoing documents to the parties electronically, and I again apologize for the confusion.

Very truly yours,

s/William A. Shook
William A. Shook

cc: Marla Conneely, Esq.
Christy Kisner, Capt. USAF
Robert Moss, Esq.

Very truly yours,

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By
William A. Shook

WAS:w

K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street NW
Washington, DC 20006-1600
T 202.778.9000 www.klgates.com

October 22, 2007

William A. Shook
D (202) 661-6256
bill.shook@klgates.com

***VIA FACSIMILE (202) 307-0972***

Department of Justice
Commercial Litigation Branch, Civil Division
1100 L St., NW
Washington, DC 20005

Re: Protest of California Industrial Facilities Resources, Inc., d/b/a CAMSS Shelters

To Whom It May Concern:

This letter is to give you notice that California Industrial Facilities Resources, Inc., d/b/a CAMSS Shelters ("CAMSS") with an address at P.O. Box 2459, Kirkland, WA 98083-2459, telephone number (360) 863-9333, facsimile number (360) 863-9366, is planning to protest the decision of the United States Air Force to award a contract to provide shelters under Solicitation Number FA4452-07-Q-A055. The contracting officer responsible for this procurement is David Limbrick and the contracting officer's representative is Naomi Brown, telephone number (618) 256-9980, facsimile number (618) 256-3091.

CAMSS also intends to request preliminary injunctive relief pursuant to RCFC 65. CAMSS has not had the opportunity to discuss the need for such relief with the Department of Justice. CAMSS will also request that the court enter a protective order.

CAMSS has previously filed protests concerning this solicitation with the Government Accountability Office ("GAO"), numbered B-309784 and B-309784.2. The GAO denied CAMSS's protests.

K&L|GATES



Thank you for your attention to this matter.

Respectfully submitted,

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

for William A. Shook by Victor G. Esq.

William A. Shook, Esq.
Counsel to CAMSS Shelters
Office: (202) 661-6256
Mobile: (202) 329-6029
Facsimile: (202) 778-9100

cc: Clerk, United States Court of Federal Claims
717 Madison Place, NW
Washington, DC 20005
Via Facsimile at (202) 357-6401

David Limbrick or Naomi Brown
AMC Contracting Flight
(HQ AMC/A7KQ)
Room W202
507 Symington Drive
Scott AFB, IL, 62265-5022
Via Facsimile at (618) 256-3091

Robert J. Moss, Esq.
Counsel for Alaska Structures, Inc.
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
Via Facsimile at (202) 420-2201

# Confirmation Report – Memory Send

Page : 001
Date & Time: Oct-22-07 16:27
Line 1 :
Line 2 :
Machine ID :

| | | |
|---|---|---|
| Job number | : | 138 |
| Date | : | Oct-22 16:26 |
| To | : | ☎2#361#9916182563091 |
| Number of pages | : | 003 |
| Start time | : | Oct-22 16:26 |
| End time | : | Oct-22 16:27 |
| Pages sent | : | 003 |
| Status | : | OK |

Job number : 138 *** SEND SUCCESSFUL ***

K&L|GATES

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
1601 K STREET, NW
WASHINGTON, DC 20006-1600
202.778.9000
F 202.778.9100

# FAX

Date • October 22, 2007

No. of Pages, including coversheet • 3

Transmit To •

| Name | Company | Phone | Fax |
|---|---|---|---|
| Commercial Litigation Branch | Department of Justice | | (202) 307-0972 |
| Clerk | Court of Federal Claims | | (202) 357-6401 |
| David Limbrick or Naomi Brown | AMC Contracting Flight | | (618) 256-3091 |
| Robert J. Moss, Esq. | Dickstein Shapiro LLP | | (202) 420-2201 |

From • William A. Shook — Phone • (202) 661-6256

Secretary • Bridget Bond — Phone • (202) 661-3643

| Client/Matter Name | Client/Matter Number | Lawyer ID |
|---|---|---|
| | | 31067 |

COMMENTS:

When you are sending to us, please be sure to include a cover sheet with your transmittal and a telephone number where you can be contacted in case of equipment malfunction.

Transmitted by: Time:

IMPORTANT: The materials transmitted by this facsimile are sent by a lawyer or his/her agent, and are considered confidential and are intended only for the use of the individual or entity named. If the addressee is a client, these materials may also be subject to applicable privileges. If the recipient of these materials is not the addressee, or the employee or agent responsible for the delivery of these materials to the addressee, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at (202) 778-9000 (collect) and return the transmitted materials to us at the above address via the U.S. Postal Service. We will reimburse you any costs incurred in connection with this erroneous transmission and your return of these materials. Thank you. Please report problems with reception by calling (202) 778-9000.

# Confirmation Report – Memory Send

Page : 001
Date & Time: Oct-22-07 16:20
Line 1 :
Line 2 :
Machine ID :

| | | |
|---|---|---|
| Job number | : | 135 |
| Date | : | Oct-22 16:19 |
| To | : | ☎2#358#994202201 |
| Number of pages | : | 003 |
| Start time | : | Oct-22 16:19 |
| End time | : | Oct-22 16:20 |
| Pages sent | : | 003 |
| Status | : | OK |

Job number : 135 *** SEND SUCCESSFUL ***

K&L|GATES

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
1601 K STREET, NW
WASHINGTON, DC 20006-1600
202.778.9000
F 202.778.9100

# FAX

**Date -** October 22, 2007 **No. of Pages, including coversheet -** 3

**Transmit To -**

| Name | Company | Phone | Fax |
|---|---|---|---|
| Commercial Litigation Branch | Department of Justice | | (202) 307-0972 |
| Clerk | Court of Federal Claims | | (202) 357-6401 |
| David Limbrick or Naomi Brown | AMC Contracting Flight | | (618) 256-3091 |
| Robert J. Moss, Esq. | Dickstein Shapiro LLP | | (202) 420-2201 |

**From -** William A. Shook **Phone -** (202) 661-6256
**Secretary -** Bridget Bond **Phone -** (202) 661-3843

**Client/Matter Name** **Client/Matter Number** **Lawyer ID**
31067

**COMMENTS:**

When you are sending to us, please be sure to include a cover sheet with your transmittal and a telephone number where you can be contacted in case of equipment malfunction.

**Transmitted by:** **Time:**

IMPORTANT: The materials transmitted by this facsimile are sent by a lawyer or his/her agent, and are considered confidential and are intended only for the use of the individual or entity named. If the addressee is a client, these materials may also be subject to applicable privileges. If the recipient of these materials is not the addressee, or the employee or agent responsible for the delivery of these materials to the addressee, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at (202) 778-9000 (collect) and return the transmitted materials to us at the above address via the U.S. Postal Service. We will reimburse you any costs incurred in connection with this erroneous transmission and your return of these materials. Thank you. Please report problems with reception by calling (202) 778-9000.

# Confirmation Report – Memory Send

Page : 001
Date & Time: Oct-22-07 16:24
Line 1 :
Line 2 :
Machine ID :

| | | |
|---|---|---|
| Job number | : | 136 |
| Date | : | Oct-22 16:23 |
| To | : | ☎993070972 |
| Number of pages | : | 003 |
| Start time | : | Oct-22 16:23 |
| End time | : | Oct-22 16:24 |
| Pages sent | : | 003 |
| Status | : | OK |

Job number : 136 *** SEND SUCCESSFUL ***

K&L|GATES

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
1601 K STREET, NW
WASHINGTON, DC 20006-1600
202.778.9000
F 202.778.9100

# FAX

**Date •** October 22, 2007

**No. of Pages, including coversheet •** 3

**Transmit To •**

| Name | Company | Phone | Fax |
|---|---|---|---|
| Commercial Litigation Branch | Department of Justice | | (202) 307-0972 |
| Clerk | Court of Federal Claims | | (202) 357-6401 |
| David Limbrick or Naomi Brown | AMC Contracting Flight | | (618) 256-3091 |
| Robert J. Moss, Esq. | Dickstein Shapiro LLP | | (202) 420-2201 |

**From •** William A. Shook **Phone •** (202) 661-6256

**Secretary •** Bridget Bond **Phone •** (202) 661-3843

**Client/Matter Name** **Client/Matter Number** **Lawyer ID**
31067

**COMMENTS:**

When you are sending to us, please be sure to include a cover sheet with your transmittal and a telephone number where you can be contacted in case of equipment malfunction.

**Transmitted by:** **Time:**

**IMPORTANT:** The materials transmitted by this facsimile are sent by a lawyer or his/her agent, and are considered confidential and are intended only for the use of the individual or entity named. If the addressee is a client, these materials may also be subject to applicable privileges. If the recipient of these materials is not the addressee, or the employee or agent responsible for the delivery of these materials to the addressee, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at (202) 778-9000 (collect) and return the transmitted materials to us at the above address via the U.S. Postal Service. We will reimburse you any costs incurred in connection with this erroneous transmission and your return of these materials. Thank you. Please report problems with reception by calling (202) 778-9000.

Confirmation Report – Memory Send

Page : 001
Date & Time: Oct-22-07 16:18
Line 1 :
Line 2 :
Machine ID :

Job number : 133

Date : Oct-22 16:17

To : ☎2#356#993576401

Number of pages : 003

Start time : Oct-22 16:17

End time : Oct-22 16:18

Pages sent : 003

Status : OK

Job number : 133 *** SEND SUCCESSFUL ***

K&L | GATES

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
1601 K STREET, NW
WASHINGTON, DC 20006-1600
202.778.9000
F 202.778.9100

# FAX

Date • October 22, 2007

No. of Pages, including coversheet • 3

Transmit To •

| Name | Company | Phone | Fax |
|---|---|---|---|
| Commercial Litigation Branch | Department of Justice | | (202) 307-0972 |
| Clerk | Court of Federal Claims | | (202) 357-6401 |
| David Limbrick or Naomi Brown | AMC Contracting Flight | | (618) 256-3091 |
| Robert J. Moss, Esq. | Dickstein Shapiro LLP | | (202) 420-2201 |

From • William A. Shook — Phone • (202) 661-6256

Secretary • Bridget Bond — Phone • (202) 661-3843

| Client/Matter Name | Client/Matter Number | Lawyer ID |
|---|---|---|
| | | 31067 |

COMMENTS:

When you are sending to us, please be sure to include a cover sheet with your transmittal and a telephone number where you can be contacted in case of equipment malfunction.

Transmitted by: Time:

IMPORTANT: The materials transmitted by this facsimile are sent by a lawyer or his/her agent, and are considered confidential and are intended only for the use of the individual or entity named. If the addressee is a client, these materials may also be subject to applicable privileges. If the recipient of these materials is not the addressee, or the employee or agent responsible for the delivery of these materials to the addressee, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at (202) 778-9000 (collect) and return the transmitted materials to us at the above address via the U.S. Postal Service. We will reimburse you any costs incurred in connection with this erroneous transmission and your return of these materials. Thank you. Please report problems with reception by calling (202) 778-9000.

K&L | GATES

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
1601 K STREET, NW
WASHINGTON, DC 20006-1600
202.778.9000
F 202.778.9100

# FAX

**Date •** October 22, 2007

**No. of Pages, including coversheet •** 3

**Transmit To •**

| Name | Company | Phone | Fax |
|---|---|---|---|
| Commercial Litigation Branch | Department of Justice | | (202) 307-0972 |
| Clerk | Court of Federal Claims | | (202) 357-6401 |
| David Limbrick or Naomi Brown | AMC Contracting Flight | | (618) 256-3091 |
| Robert J. Moss, Esq. | Dickstein Shapiro LLP | | (202) 420-2201 |

**From •** William A. Shook — **Phone •** (202) 661-6256

**Secretary •** Bridget Bond — **Phone •** (202) 661-3843

| Client/Matter Name | Client/Matter Number | Lawyer ID |
|---|---|---|
| | | 31067 |

**COMMENTS:**

When you are sending to us, please be sure to include a cover sheet with your transmittal and a telephone number where you can be contacted in case of equipment malfunction.

**Transmitted by:** **Time:**

**IMPORTANT:** The materials transmitted by this facsimile are sent by a lawyer or his/her agent, and are considered confidential and are intended only for the use of the individual or entity named. If the addressee is a client, these materials may also be subject to applicable privileges. If the recipient of these materials is not the addressee, or the employee or agent responsible for the delivery of these materials to the addressee, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at (202) 778-9000 (collect) and return the transmitted materials to us at the above address via the U.S. Postal Service. We will reimburse you any costs incurred in connection with this erroneous transmission and your return of these materials. Thank you. **Please report problems with reception by calling (202) 778-9000.**

"Shook, William"
<Bill.Shook@klgates.com>

10/24/2007 05:58 PM

To <lauren_weeman@ao.uscourts.gov>

cc <marla.conneely@usdoj.gov>, "Kisner Christy Capt AFLOA/JACQ" <Christy.Kisner@pentagon.af.mil>, <MossR@dicksteinshapiro.com>

bcc

Subject Second Letter - Status Call

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP. The contents may be privileged and confidential and are for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Bill.Shook@klgates.com. CAMSS Letter Oct 24 2002 2.pdf

October 24, 2007

William A. Shook
D (202) 661-6256
F (202) 778-9100
bill.shook@klgates.com

Via Electronic Mail

The Honorable Lawrence M. Baskir
Judge
U.S. Court of Federal Claims
717 Madison Place NW
Washington, DC 20005

Re: Case No. 07740 – California Industrial Facilities Resources, Inc. dba CAMSS Shelters v. The United States

Dear Judge Baskir:

As a follow-up to today's status call in the bid protest case of California Industrial Facilities Resources, Inc. dba CAMSS Shelters v. The United States, No. 07740, please find attached a copy of the notice (and the facsimile record of the transmission) that was filed on Monday, October 22, 2007, with the Department of Justice, the Clerk of the United States Court of Federal Claims, the Department of Air Force's contracting officer and counsel for the awardee as required by Paragraph 2 of Appendix C of the Rules of the United States Court of Federal Claims.

Although counsel for the awardee stated during the call that he thought Appendix C to the Rules of the United States Court of Federal Claims states that a protestor should also file the complaint and other papers with counsel for the awardee and with counsel for the Department of Justice, I do not believe that is what Appendix C states. Rather, Paragraph 2 of Appendix C requires counsel for protestor to file a notice of the intent to file a protest with each of the listed parties. If my understanding of Appendix C is incorrect, I would appreciate being corrected. I also note that the pleadings in this case are already available in the electronic docket maintained by the Clerk for the Court.

In the meantime, I have provided all parties with an electronic copy of the pleadings filed to date. I apologize for any confusion that I may have caused.

Very truly yours,

s/William A. Shook
William A. Shook

Attachments

cc: Marla Conneely, Esq.
Christy Kisner, Capt. USAF
Robert Moss, Esq.