IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. dba CAMSS SHELTERS, Plaintiff, | ) | No. 07-740 (Judge Lawrence M. Baskir) |
| v. | ) | |
| THE UNITED STATES, Defendant, | ) | |
| v. | ) | |
| ALASKA STRUCTURES,INC., Intervenor. | ) | |

**DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC"), and the Court's October 24, 2007 order, defendant provides notice that it is filing the administrative record regarding plaintiff's protest.

The administrative record is contained on one CD-ROM. The CD-ROM contains protected information that should only be disclosed in accordance with the protective order entered by the Court in this matter on October 24, 2007. The CD-ROM should be filed and maintained under seal pursuant to the Court's protective order.

Additionally, defendant is providing a paper copy of the administrative record to the judge's chambers, to counsel for plaintiff and to counsel for intervenor pursuant to the Court's verbal order during the status conference on October 25, 2007. The paper copy consists of 1 volume.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3689
Fax. (202) 305-7643

October 26, 2007

Attorneys for Defendant