# In the United States Court of Federal Claims

**07-740 C**

**Filed: October 26, 2007**

**CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. dba CAMSS SHELTERS,**

**v.**

**THE UNITED STATES**

**AMINISTRATIVE RECORD**
**(in CD Format)**
**FILED UNDER SEAL**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.