# In the United States Court of Federal Claims

Case No. 07-740C
(Filed: October 30, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. d/b/a CAMSS SHELTERS,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant,*

and

**ALASKA STRUCTURES, INC.,**
*Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Plaintiff's **Motion to File Complaint Under Seal** filed October 23, 2007 (Docket #2), and its **Motion to File Under Seal Items in Support of its Motion for Temporary Restraining Order and Preliminary Injunction** filed October 24, 2007 (Docket #4), are hereby **GRANTED**.

The Defendant's unopposed **Motion to Supplement the Administrative Record** filed Under Seal on October 29, 2007 (Docket #18), is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge