IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. dba CAMSS SHELTERS, | ) | |
| Plaintiff, | ) | No. 07-740 |
| v. | ) | (Judge Lawrence M. Baskir) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| v. | ) | |
| ALASKA STRUCTURES,INC., | ) | |
| Intervenor. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN**
**ENLARGEMENT OF TIME AND TO AMEND THE BRIEFING SCHEDULE**

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a one-day enlargement of time, through and including November 9, 2007, within which to file its Motion for Judgment Upon the Administrative Record and an amendment to the remaining deadlines to the briefing schedule as set forth in this motion. Our motion is currently due on November 8, 2007. This is defendant's first request for an enlargement of time for this purpose. The plaintiff and intervenor, through their respective counsel, have been contacted regarding this request and do not oppose this motion.

This enlargement is requested because, at the time of the status conference setting the current briefing schedule, Government counsel was unaware that agency counsel would be out of the office and unreachable from November 7-8, 2007, and from November 26-30, 2007.

Moreover, Government counsel is scheduled to be a panelist at the National Asian Pacific American Bar Association convention in Nevada and will be on travel from November 14-19, 2007. As a result of these commitments, the Government respectfully requests that the briefing schedule in this matter be amended as follows:

| | |
|---|---|
| November 9, 2007 | Defendant's/Intervenor's Motion for Judgment on the Administrative Record Filed |
| November 21, 2007 | Plaintiff's Response/Cross-Motion for Judgment on the Administrative Record Filed |
| December 3, 2007 | Defendant's/Intervenor's Response to Plaintiff's Cross-Motion and Defendant's/Intervenor's Reply on its Motion Filed |
| December 10, 2007 | Plaintiff's Reply on its Cross-Motion and Parties' Consolidated Statement of Uncontroverted Facts Filed |
| December 13, 2007 | Tentative Date for Oral Argument |

For these reasons, defendant respectfully requests that the Court grant this unopposed motion for enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3689
Fax: (202) 305-7643

October 30, 2007

Attorneys for Defendant