# In the United States Court of Federal Claims

Case No. 07-740C
(Filed: October 31, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. d/b/a CAMSS SHELTERS,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant,*

and

**ALASKA STRUCTURES, INC.,**
*Intervenor.*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Defendant's unopposed **Motion for an Enlargement of Time and to Amend the Briefing Schedule** filed October 30, 2007, is hereby **GRANTED** as follows:

| | |
|---|---|
| November 9, 2007: | Defendant's/Intervenor's Motion for Judgment on the Administrative Record Filed |
| November 21, 2007: | Plaintiff's Response/Cross-Motion for Judgment on the Administrative Record Filed |
| December 3, 2007: | Defendant's/Intervenor's Response to Plaintiff's Cross-Motion and Defendant's/ Intervenor's Reply on its Motion Filed |

| | |
|---|---|
| December 10, 2007: | Plaintiff's Reply on its Cross-Motion and Parties' Consolidated Statement of Uncontroverted Facts Filed |
| December 13, 2007: | Tentative Date for Oral Argument (at 10:00 a.m.). |

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge