**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | | |
|---|---|---|
| CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. d/b/a CAMMS SHELTERS<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>ALASKA STRUCTURES, INC.,<br><br>Intervenor. | ) | No. 07-740<br>Judge Baskir |

**NOTICE OF INTERVENTION AND NOTICE OF APPEARANCE**

Intervenor Alaska Structures, Inc. ("Alaska Structures") hereby notices its intervention in the above protest. During a telephonic hearing on October 24, 2007, this Court granted Alaska Structures' oral motion to intervene pursuant to Rule 24 of the Rules of the United States Court of Federal Claims. Alaska Structures' undersigned counsel respectfully requests the Court take formal notice of its intervention in the above case.

Please also enter the appearance of Robert J. Moss as attorney of record for Intervenor Alaska Structures in this case. Service of all notices and other papers should be sent to Mr. Moss at the address below.

DSMDB-2343403v01

Dated: November 1, 2007

Respectfully submitted,

By: ______________________________

Robert J. Moss
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200 (telephone)
(202) 420-2201 (facsimile)
MossR@dicksteinshapiro.com (email)

*Counsel of Record for Alaska Structures, Inc.*

Of Counsel:
Richard J. Conway
Justin A. Chiarodo
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200 (telephone)
(202) 420-2201 (facsimile)
ConwayR@dicksteinshapiro.com (e-mail)
ChiarodoJ@dicksteinshapiro.com (e-mail)