**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. d/b/a CAMMS SHELTERS<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>ALASKA STRUCTURES, INC.,<br><br>Intervenor. | No. 07-740<br>Judge Baskir |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Intervenor Alaska Structures, Inc. ("Alaska Structures") submits the following certification: Alaska Structures is a privately owned and controlled corporation, with no parent corporation. No publicly held corporation owns 10% or more of Alaska Structures' stock.

Dated: November 1, 2007

Respectfully submitted,

By: ______________________________

Robert J. Moss
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200 (telephone)
(202) 420-2201 (facsimile)
MossR@dicksteinshapiro.com (email)

*Counsel of Record for Alaska Structures, Inc.*

Of Counsel:
Richard J. Conway
Justin A. Chiarodo
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200 (telephone)
(202) 420-2201 (facsimile)
ConwayR@dicksteinshapiro.com (e-mail)
ChiarodoJ@dicksteinshapiro.com (e-mail)