# In the United States Court of Federal Claims

Case No. 07-740C
(Filed: November 20, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |
| **CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. d/b/a CAMSS SHELTERS,** | * |
| *Plaintiff,* | * |
| v. | * |
| **THE UNITED STATES OF AMERICA,** | * |
| *Defendant,* | * |
| and | * |
| **ALASKA STRUCTURES, INC.,** | * |
| *Intervenor.* | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## ORDER

The Plaintiff's **Motion for an Enlargement of Time and to Amend the Briefing Schedule** filed November 19, 2007, is hereby **GRANTED**, as follows.

As per the Court's November 16 Order granting in part and denying in part the Plaintiff's Motion for Limited Additional Production of Documents, the Government is to inform the Court by November 30, 2007, whether it has additional documents and/or emails relevant to the protest and to file any such documents with the Court. The briefing schedule is to be enlarged to accommodate the filing of these additional documents.

**The parties are hereby directed to confer and to agree upon an amended briefing schedule taking into consideration the November 30, 2007, date mentioned above.** Briefing may take place through the months of December 2007 and January 2008. However, the Court asks that the Consolidated Statement of Uncontroverted Facts be filed no later than January 18, 2008.

The Court will not be available to hear oral argument in this case until February 2008. **The parties are therefore directed to confer regarding their availability in February 2008 and to provide the Court with three alternative dates for oral argument during that month.** The Court commences oral argument at 10 am and 1 pm.

**The parties shall file a motion proposing the dates of the amended briefing schedule no later than December 7, 2007.** The parties shall also contact Ms. Denise Lawson, the Judge's Judicial Assistant, at (202) 357-6500 to **provide three alternative dates for oral argument by December 7, 2007.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge