IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. dba CAMSS SHELTERS, | ) | |
| Plaintiff, | ) | No. 07-740 (Judge Lawrence M. Baskir) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| ALASKA STRUCTURES, INC., | ) | |
| Intervenor. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO COMPLY WITH THE COURT'S NOVEMBER 16, 2007 ORDER**

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 14-day enlargement of time, through and including December 14, 2007, within which to comply with this Court's November 16, 2007 order. Currently, the order directs the Government to comply with its instructions by November 30, 2007. This is defendant's first request for an enlargement of time for this purpose. The plaintiff and intervenor, through their respective counsel, have been contacted regarding this request and do not oppose this motion.

On November 16, 2007, this Court ordered the Government to supplement the administrative record "with any additional documents and/or emails related to the establishment of the salient physical, functional, or performance specifications and independent testing requirements listed in [the solicitation] that were created contemporaneously with the

procurement." See Order, November 16, 2007. Government counsel was on travel on November 16, 2007 and did not receive the Court's order until she returned to the office on November 21, 2007. Since then, she has contacted agency counsel and an inquiry has been made into whether any documents responsive to the November 16, 2007 order exist. This enlargement is requested to provide agency personnel sufficient time to diligently search for responsive documents and for Government counsel to conduct a privilege review of those documents, if necessary.

For these reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3689
Fax: (202) 305-7643

November 30, 2007

Attorneys for Defendant