IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. dba CAMSS SHELTERS, Plaintiff, | ) | No. 07-740 (Judge Lawrence M. Baskir) |
| v. | ) | |
| THE UNITED STATES, Defendant, | ) | |
| v. | ) | |
| ALASKA STRUCTURES, INC., Intervenor. | ) | |

DECLARATION OF WILLIAM M. LEVIE, MSGT, USAF

I, William M. Levie, MSgt, USAF, hereby declare as follows:

1. I currently work as a Manager, Mobile Command and Control (C2) Requirements for the United States Air Force, Headquarters Air Mobility Command ("AMC") at Scott AFB, Illinois. I have held this position since 2006.

2. I have been employed by the United States government (as an enlisted member) for over twenty years and for the Air Force since 1987.

3. Throughout 2007, I worked as a Manager, Mobile C2 Requirements for AMC, Directorate of Operations (HQ/AMC A3MMM).

4. My duties as the Manager, Mobile C2 Requirements included defining and developing Requirements for the Mobile C2 world, specifically the Contingency Response Wing/Groups (CRW/CRG) to support the Aerospace Expeditionary Force mission for AMC. I justify requirements for the CRW/CRG and ferret out funding lines to meet those requirements. I ensure requirements are met for the CRG/CRWs and ensure that appropriate "pot" and "color" of

money is used to meet those requirements. I receive, but do not solicit, Requests for Quotes (RFQs) from vendors. I do NOT decide which vendor is selected, as there are Contracting Specialist that do that; I merely ensure the Requirement is met and the appropriate funding line is applied to that requirement.

5. As a result of my job, training, education, and experiences, I am knowledgeable about a mechanical phenomenon called "wet stacking."

6. Wet stacking occurs when a diesel engine or generator is underutilized. A generator needs to be working with a load of at least 60-70 percent of its full output or else pressure will build up in the engine, causing extreme resistance, and eventually causing failure of the engine years before its time.

7. To prevent wet stacking, one must have specific load requirements, and those load requirements must ensure that the engine has enough of a load put on it to meet that 60 to 70 percent requirement.

8. The solicitation in this case, required a 120-volt tent coupling and support equipment to ensure that the engine would not be underutilized. Therefore, when the Government stated that its equipment needs 120 volt, that is exactly what was needed. Anything other than 120 volt is dangerous, damages equipment and can cause serious bodily injury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of November, 2007

[signature]

WILLIAM M. LEVIE, MSgt, USAF
Manager, Mobile C2 Requirement/
Assistant Shop Chief