# In the United States Court of Federal Claims

Case No. 07-740C
(Filed: December 3, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. d/b/a CAMSS SHELTERS,** *
*Plaintiff,* *

v. *

**THE UNITED STATES OF AMERICA,** *
*Defendant,* *

and *

**ALASKA STRUCTURES, INC.,** *
*Intervenor.* *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Defendant's **Unopposed Motion for an Enlargement of Time to Comply with the Court's November 16, 2007 Order,** filed November 30, 2007, is hereby **GRANTED.** The Defendant is ordered to comply with the Court's November 16, 2007 Order and to provide responsive documents no later than December 14, 2007.

In addition, the parties are reminded that the Court's November 20, 2007 Order, which instructed the parties to file a motion proposing an amended briefing schedule no later than December 7, is still in effect. **Accordingly, the parties shall file a motion proposing the dates of the amended briefing schedule no later than December 7, 2007.** The parties are further reminded to contact Ms. Denise Lawson, the Judge's Judicial Assistant, at (202) 357-6500 to **provide three alternative dates for oral argument by December 7, 2007.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge