IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. dba CAMSS SHELTERS, Plaintiff, | ) | No. 07-740 (Judge Lawrence M. Baskir) |
| v. | ) | |
| THE UNITED STATES, Defendant, | ) | |
| and | ) | |
| ALASKA STRUCTURES, INC., Intervenor. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**PROPOSING AN AMENDED BRIEFING SCHEDULE**

Pursuant to the Court's November 20, 2007 order, defendant, the United States, respectfully moves this Court to adopt the following amended briefing schedule for this case. Government counsel contacted plaintiff and intervenor, through their respective attorneys, regarding this motion, and plaintiff and intervenor represented that they do not oppose this motion and agree with the suggested dates. Specifically, defendant proposes the following:

| | |
|---|---|
| December 28, 2007 | Plaintiff's Response/Cross-Motion for Judgment on the Administrative Record Filed |
| January 11, 2008 | Defendant's/Intervenor's Response to Plaintiff's Cross-Motion and Defendant's/Intervenor's Reply on its Motion Filed |
| January 18, 2008 | Plaintiff's Reply on its Cross-Motion and Parties' Consolidated Statement of Uncontroverted Facts Filed |
| February 5, 2008 | Oral Argument |

The above schedule complies with the Court's November 20, 2007 order, and has been agreed upon by the parties. For these reasons, defendant respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3689
Fax: (202) 305-7643

December 4, 2007

Attorneys for Defendant