# In the United States Court of Federal Claims

Case No. 07-740C
(Filed: December 5, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. d/b/a CAMSS SHELTERS,**
*Plaintiff,*
v.

**THE UNITED STATES OF AMERICA,**
*Defendant,*
and

**ALASKA STRUCTURES, INC.,**
*Intervenor.*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Defendant's unopposed **Motion Proposing an Amended Briefing Schedule** is hereby **GRANTED**, as follows:

| | |
|---|---|
| December 28, 2007 | Plaintiff's Response/Cross Motion for Judgment on the Administrative Record |
| January 11, 2008 | Defendant's/Intervenor's Response to Plaintiff's Cross Motion and Defendant's/ Intervenor's Reply on its Motion |
| January 18, 2008 | Plaintiff's Reply on its Cross Motion and Parties' Consolidated Statement of Uncontroverted Facts |
| February 5, 2008 | Oral Argument |

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge