IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. dba CAMSS SHELTERS, | ) | |
| Plaintiff, | ) | No. 07-740 (Judge Lawrence M. Baskir) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| ALASKA STRUCTURES, INC., | ) | |
| Intervenor. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a four-day enlargement of time, through and including January 15, 2008, within which to file its response to plaintiff's cross-motion for judgment upon the administrative record and reply to plaintiff's opposition to defendant's motion for judgment upon the administrative record. Currently, the Government's response is due January 11, 2008. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through its respective counsel, has been contacted regarding this request and does not oppose this motion. The intervenor, also through its respective counsel, was contacted regarding this request and does not oppose this motion so long as the intervenor's deadline is also enlarged to January 15, 2008.

Plaintiff filed its cross-motion and opposition on December 28, 2007. On January 1, 2008, the undersigned Government counsel contracted the flu and was out of the office on sick

leave from January 2, 2008 through January 8, 2008. This enlargement is requested to provide the Government sufficient time to respond to plaintiff's pleading in light of Government counsel's unexpected illness.

For these reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3689
Fax: (202) 305-7643

January 9, 2008

Attorneys for Defendant