# In the United States Court of Federal Claims

Case No. 07-740C
(Filed: January 10, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. d/b/a CAMSS SHELTERS,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant,*

and

**ALASKA STRUCTURES, INC.,**
*Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Defendant's **Unopposed Motion for an Enlargement of Time,** filed January 9, 2008, is hereby **GRANTED.** Accordingly, the **Defendant shall file its Response to Plaintiff's Cross-Motion for Judgment upon the Administrative Record and Reply to Plaintiff's Opposition to the Defendant's Motion for Judgment upon the Administrative Record no later than January 15, 2008.** Pursuant to the Unopposed Motion, **Intervenor Alaska Structures shall also file its Response and Reply no later than January 15, 2008.**

The Court notes that the remainder of the briefing schedule remains in place. As such, **the Plaintiff shall file its Reply on its Cross-Motion no later than January 18, 2008. The parties shall file the Consolidated Statement of Uncontroverted Facts no later than January 18, 2008. Oral Argument is scheduled for February 5, 2008.** Counsel are encouraged to notify the Court in a timely manner via motion if they seek additional changes to this schedule.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
JUDGE FRANCIS M. ALLEGRA
for Judge Lawrence M. Baskir