IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. dba CAMSS SHELTERS, | ) | |
| Plaintiff, | ) | No. 07-740 (Judge Lawrence M. Baskir) |
| v. | ) | |
| THE UNITED STATES, | ) | **REDACTED VERSION** |
| Defendant, | ) | |
| and | ) | |
| ALASKA STRUCTURES, INC., | ) | |
| Intervenor. | ) | |

**DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL MATERIALS TO THE ADMINISTRATIVE RECORD PURSUANT TO THE COURT'S NOVEMBER 16, 2007 ORDER**

Pursuant to the Court's November 16, 2007 order, the United States respectfully submits the attached supplemental materials to be added to the administrative record in this case.

Defendant performed a diligent search for "any additional documents and/or emails related to the establishment of the salient physical, functional, or performance specifications and independent testing requirements listed in Solicitation No. FA4452-07-Q-A055 that were created contemporaneously with the procurement." The attached materials are the documents found during this search that were responsive to the Court's request.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3689
Fax. (202) 305-7643

Attorneys for Defendant

OF COUNSEL:

Christy J. Kisner, Capt., USAF
Department of the Air Force
1501 Wilson Blvd.
Arlington, VA 22209

December 14, 2007