THIS DOCUMENT HAS BEEN REDACTED

THIS DOCUMENT HAS BEEN REDACTED

THIS DOCUMENT HAS BEEN REDACTED

From: Jim White [mailto:
Sent: Wednesday, June 20, 2007 3:00 PM
To: Csutoras, Lavonna D GS-12 AMC/A6OT
Subject: Alaska Structures 1826 Extreme

Hi Lavonna,

Please use the attached data in the solicitation if possible.

Jimmy

AlaskaStructures®

JIMMY C. WHITE

Command Sergeant Major, USA (Ret.)

Director Military Applications/Sales

Tel:

Fax:

Cell:

Classification: UNCLASSIFIED

Caveats: NONE

## 20' X 32.5' SHELTER SPECIFICATIONS

| | SPECIFICATION CHECKLIST | YES | NO | COMMENT/EXPLANATION |
|---|---|---|---|---|
| | | | | |
| 1 | MAXIMUM WIDTH: 18' | | | |
| 2 | MAXIMUM LENGTH: 26' | | | |
| 3 | MAXIMUM HEIGHT AT PEAK: 9' | | | |
| 4 | MINUMUM FOOTPRINT: 468 SQ | | | |
| 5 | FRAME MATERIAL: ALUMINUM | | | |
| 6 | COVER MATERIAL: 15 OZ/SQUARE YARD MIL-SPEC VINYL FABRIC (MINIMUM) | | | |
| 7 | COMPLETE ALUMINUM BASE SYSTEM WITH LOCKING PINS | | | |
| 8 | MAXIMUM LENGTH OF ANY FRAME SECTION: 84" | | | |
| 9 | MAXIMUM WEIGHT OF ANY FRAME SECTION: 7 LBS | | | |
| 10 | FLOOR MATERIAL: 15 OZ SQUARE YARD NON-SLIP VINYL FABRIC (MINIMUM) | | | |
| 11 | (1) ONE PIECE PULL OVER LINER WITH TWO SIDE ENTRYS, TWO STOVE PIPE OPENINGS, TWO SETS OF ECU PORTS AND HOOK /LOOP FASTENERS | | | |
| 12 | THE ONE-PIECE LINER SYSTEM MUST HAVE BEEN TESTED AND APPROVED BY THE USAF IN A U.S. GOVERNMENT TEST FACILITY | | | |
| 13 | 2-PIECE 16" DIAMETER PLENUM WITH ELBOW SECTION THAT ATTACHES TO SUPPLY DUCT OF ECU/HVAC UNIT | | | |
| 14 | MAXIMUM WEIGHT OF EACH ELECTRICAL CABLE IS: 9 LBS | | | |
| 15 | (8) 50W PORTABLE FLOURESCENT LIGHTS WITH ON/OFF SWITCHES AND QUICK CONNECT MOUNTING BRACKETS | | | |
| 16 | (1) LIGHT WEIGHT ALUMINUM 20 AMP POWER CONTROL BOX WITH ILLUMINATED CIRCUIT BREAKER ROCKER SWITCHES AND MILSPEC CONNECTORS | | | |
| 17 | (1) 50' POWER CABLE | | | |
| 18 | (2) 120V RECEPTACLE LINES WITH 3 MOLDED TRI-PLEX OUTLETS | | | |
| 19 | EACH END PANEL INCLUDES (1) 3' X 7' ZIPPER ENTRY, TENT CONNECTOR FLAP, (2) 30" X 42" RECTANGULAR NET VENT WINDOWS AND INSULATED | | | |
| 20 | MAXIMUM WEIGHT OF EACH END PANEL = 55 LBS | | | |
| 21 | COVER TO INCLUDE A MAIN COVER CONNECTOR FLAP TO ATTACH TO OTHER SHELTERS | | | |
| 22 | COVER TO INCLUDE (2) 6" STOVE PIPE OPENINGS WITH FIRE-RESISTANCE RING | | | |

## 20' X 32.5' SHELTER SPECIFICATIONS

| | | | | |
|---|---|---|---|---|
| 23 | MAIN COVER TO INCLUDE QTY 2- 18" DIAMETER HVAC PORTS, AND (1) 6" ELECTRICAL CABLE PORT EACH SIDE | | | |
| 24 | SHELTER AND ACCESSORIES TO BE PACKED AND STORED IN 12 CARRY BAGS. THE MAXIMUM WEIGHT OF ANY ONE BAG IS 130 LBS. | | | |
| 25 | MINIMUM USABLE LIFE EXPECTANCY 10 YEARS WITH CONSTANT USE AND A 20 YEAR SHELF LIFE | | | |
| 26 | SET UP TIME TO BE LESS THAN 20 MINUTES WITH A TRAINED 6-PERSON CREW | | | |
| 27 | SHELTER MUST HAVE BEEN SUCCESSFULLY TESTED BY AN INDEPENDANT LABORATORY TO WITHSTAND A 80 MPH SUSTAINED WIND LOAD FOR AT LEAST 30 MINUTES WITH INTERMITTENT 100 MPH WIND GUST (INCLUDE FINAL TEST REPORT WITH BID) | | | |
| 28 | SHELTER MUST HAVE BEEN SUCCESSFULLY TESTED BY AN INDEPENDANT LABORATORY TO WITHSTAND A 15 POUND PER SQUARE FOOT SNOW LOAD (INCLUDE FINAL TEST REPORT WITH BID) | | | |