IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. dba CAMSS SHELTERS, | ) | |
| Plaintiff, | ) | No. 07-740 (Judge Lawrence M. Baskir) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| v. | ) | |
| ALASKA STRUCTURES,INC., | ) | |
| Intervenor. | ) | |

**DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S CROSS-MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD**

Defendant, the United States, respectfully moves to strike portions of plaintiff's cross-motion for judgment upon the administrative record for failure to comply with the Court's October 24, 2007 special procedures order ("order").

Paragraph 9 of the Court's order specifically instructs the parties "to jointly submit a Consolidated Statement of Facts (CSF) drawing upon and citing to portions of the Administrative Record that bear upon the issues presented to the Court," and that "[t]he parties should NOT file individual Statements and Counter-Statement[s] of Fact." Order, dated October 24, 2007 (emphasis in original). The Government, following the Court's instructions, intentionally omitted including a statement of facts in its motion for judgment upon the administrative record and supporting brief. Plaintiff, on the other hand, ignored the Court's order and included a 15-page statement of facts in its brief. Pl. Br. at 2-17.

To allow plaintiff to submit an individual statement of facts in its brief is extremely prejudicial to the Government, who was not provided the same opportunity. Accordingly, the Court should either strike the section titled, "Statement of the Case," on pages 2 through 17 of plaintiff's brief or exempt the Government from paragraph 9 of the Court's order and provide the Government with an opportunity to submit its own individual statement of facts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3689
Fax: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:

Christy J. Kisner, Capt., USAF
Department of the Air Force
1501 Wilson Blvd.
Arlington, VA 22209

January 10, 2008