# In the United States Court of Federal Claims

Case No. 07-740C
(Filed: January 15, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. d/b/a CAMSS SHELTERS,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant,*

and

**ALASKA STRUCTURES, INC.,**
*Intervenor.*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Defendant filed a Motion to Strike Portions of Plaintiff's Cross-Motion for Judgment Upon the Administrative Record on January 10, 2008. The Defendant moves the Court to strike the section of the Plaintiff's cross-motion brief captioned, "Statement of the Case" (pages 2 through 17). The Defendant does so on the grounds that this section of the Plaintiff's brief, which contains a unilateral statement of the alleged facts of the case, is prejudicial to the Government and violates the Court's Special Procedures Order (SPO).

The SPO, which was issued on October 24, 2007, instructs the parties "to jointly submit a Consolidated Statement of Facts (CSF) drawing upon and citing to portions of the Administrative Record that bear upon the issues presented to the Court." The SPO cautions that "[t]he parties should NOT file individual Statements and Counter-Statement[s] of Fact." The Defendant argues that it followed these instructions and intentionally omitted a statement of facts from the brief accompanying its Motion for Judgment Upon the Administrative Record. The Defendant contends that the Plaintiff disregarded the SPO by including a statement of facts in its cross-motion brief.

The Court finds that the portion of the Plaintiff's brief entitled, "Statement of the Case," is merely a unilateral summary of the background of this bid protest case. It is not a statement of proposed findings of fact. **The Court therefore DENIES the Defendant's Motion to Strike this portion of the Plaintiff's brief. However, the parties are reminded that the Administrative Record controls this case. Therefore, to the extent that any statements in the Plaintiff's brief are controverted by or unsupported by the Administrative Record, those statements will be disregarded by the Court.** Should it wish to do so, the Defendant may amend its brief by filing its own statement of the case with accompanying cites to the Administrative Record.

Pursuant to the SPO and the Court's January 10, 2008 Order, **the parties shall file a Consolidated Statement of Facts which draws upon and cites to relevant portions of the Administrative Record no later than January 18, 2008.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
JUDGE FRANCIS M. ALLEGRA
for Judge Lawrence M. Baskir