# In the United States Court of Federal Claims

Case No. 07-740C
(Filed: January 15, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |
| **CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. d/b/a CAMSS SHELTERS,** | * |
| *Plaintiff,* | * |
| v. | * |
| **THE UNITED STATES OF AMERICA,** | * |
| *Defendant,* | * |
| and | * |
| **ALASKA STRUCTURES, INC.,** | * |
| *Intervenor.* | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

**ORDER**

The Plaintiff's **Unopposed Motion for a 4-day Enlargement of Time until January 22, 2008, to file its Reply** to Defendant's Cross Motion is hereby **GRANTED. The parties shall also file the Consolidated Statement of Uncontroverted Facts no later than January 22, 2008.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
JUDGE FRANCIS M. ALLEGRA
for Judge Lawrence M. Baskir