# In the United States Court of Federal Claims

Case No. 07-740C
(Filed: January 24, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. d/b/a CAMSS SHELTERS,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant,*

and

**ALASKA STRUCTURES, INC.,**
*Intervenor.*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Plaintiff's and Defendant's **Motion for Leave to Correct the Consolidated Statement of Uncontroverted Facts,** filed January 23, 2008, **is hereby GRANTED. The Clerk is directed to file the Corrected Consolidated Statement of Uncontroverted Facts attached to parties' Motion for Leave.**

**IT IS SO ORDERED.**

**s/ Francis M. Allegra**
**JUDGE FRANCIS M. ALLEGRA**
**for Judge Lawrence M. Baskir**