# In the United States Court of Federal Claims

Case No. 07-740C
(FILED: February 28, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. d/b/a CAMSS SHELTERS,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant,*

and

**ALASKA STRUCTURES, INC.,**
*Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court issued an Opinion and Order Under Seal on February 27, 2008, and issued a corrected version on February 28, 2008, GRANTING the Government's and Intervenor's Motions for Judgment Upon the Administrative Record and DENYING the Plaintiff's Cross-Motion. **The parties are hereby ORDERED to inform the Court in writing no later than 12:00 pm eastern standard time on Monday, March 3, 2008, which portions of the Opinion and Order must be redacted, giving reasons grounded in fact. The parties are ordered to cite to relevant legal authority to support each redaction.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge