**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. d/b/a CAMSS SHELTERS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>ALASKA STRUCTURES, INC.,<br><br>Intervenor. | No. 07-740<br>Judge Baskir |

**INTERVENOR ALASKA STRUCTURES, INC.'S SUBMISSION CONCERNING PROPOSED REDACTIONS TO THE COURT'S OPINION AND ORDER**

Pursuant to the Court's February 28, 2008 Order, Intervenor Alaska Structures, Inc. ("ASI"), by its counsel, hereby provides notice to the Court that ASI does not request any redactions to the Court's February 28, 2008 Opinion and Order. ASI hereby consents to the publication of the Court's Opinion and Order without redaction.

Dated: February 29, 2008

Respectfully submitted,

By: ______________________________
Robert J. Moss
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200 (telephone)
(202) 420-2201 (facsimile)
MossR@dicksteinshapiro.com (email)

*Counsel of Record for Alaska Structures, Inc.*

Of Counsel:
Richard J. Conway
Justin A. Chiarodo
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200 (telephone)
(202) 420-2201 (facsimile)
ConwayR@dicksteinshapiro.com (e-mail)
ChiarodoJ@dicksteinshapiro.com (e-mail)