IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. dba CAMSS SHELTERS, Plaintiff, | No. 07-740C |
| v. | (Judge Baskir) |
| THE UNITED STATES OF AMERICA, Defendant. | |
| and | |
| ALASKA STRUCTURES, INC. Intervenor | |

**PLAINTIFF'S NOTICE REGARDING PROPOSED REDACTIONS TO THE COURT'S DECISION**

Pursuant to the Court's February 28, 2008 Order, Plaintiff, California Industrial Facilities Resources, Inc. dba CAMSS Shelters, respectfully informs the Court and the Parties that it does not request any redactions to the Court's Opinion and Order.

Respectfully submitted,

s/ William A. Shook
by s/ Victor G. Vogel
William A. Shook
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1601 K Street NW
Washington, DC 20006
Tel: (202) 661-6256
Fax: (202) 778-9100

Date: March 3, 2008