IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. dba CAMSS SHELTERS, Plaintiff, | ) | No. 07-740 (Judge Lawrence M. Baskir) |
| v. | ) | |
| THE UNITED STATES, Defendant, | ) | |
| v. | ) | |
| ALASKA STRUCTURES,INC., Intervenor. | ) | |

**DEFENDANT'S RESPONSE TO FEBRUARY 28, 2008 COURT ORDER**

Pursuant to the Court's February 28, 2008 order, defendant, the United States, respectfully notifies the Court that it has no proposed redactions to the Court's February 28, 2008 Sealed Opinion and Order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3689
Fax. (202) 305-7643

March 3, 2008

Attorneys for Defendant