# In the United States Court of Federal Claims

Case No. 07-740C
(Filed: March 3, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CALIFORNIA INDUSTRIAL FACILITIES RESOURCES, INC. d/b/a CAMSS SHELTERS,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant,*

and

**ALASKA STRUCTURES, INC.,**
*Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court issued under seal on February 27, 2008, and re-issued on February 28, 2008, an Opinion and Order GRANTING the Government's and Intervenor's Motions for Judgment Upon the Administrative Record and DENYING the Plaintiff's Cross-Motion.

The Court issued an Order on February 28, 2008, directing the parties to indicate in writing which portions of the Opinion and Order contain Protected Information and thus should be redacted for publication.

No party has asked that the Opinion and Order be redacted. **The Court therefore ORDERS that the February 27, 2008 Opinion and Order, which was re-issued on February 28, 2008, be published without redactions.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge